# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



Registration Number

**VA 2-217-810**

Effective Date of Registration:
September 14, 2020
Registration Decision Date:
October 05, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: January 29, 2019 to August 17, 2019

**Title** 

| | | |
|---|---|---|
| | **Title of Group:** | Marie Barsch 2019 |
| | **Number of Photographs in Group:** | 80 |
| • | **Individual Photographs:** | Eucerin29.01.5423, Eucerin29.01.5551, Eucerin29.01.5623, Eucerin29.01.5582, Eucerin29.01.5616 |
| | **Published:** | January 2019 |
| • | **Individual Photographs:** | _DSC4425, _DSC4572, DSC_3694, DSC_4994, DSC_5005, DSC_4404niomacut, DSC_4435, DSC_4449, DSC_4534, DSC_3586, DSC_3625, DSC_3645, DSC_4340nioma, DSC_4410nioma, DSC_4358Nioma, _DSC5422, _DSC5426, _DSC5433, _DSC5452, _DSC5482, _DSC5294, _DSC5310_02, _DSC5378, DSC_0280 |
| | **Published:** | February 2019 |
| • | **Individual Photographs:** | DSC_9973, DSC_0303, DSC_9172, DSC_0086, DSC_0360, DSC_0062, DSC_0216, DSC_9149, DSC_9851_brown, EUCERIN_maske_080320191375, _DSC4281, _DSC4294, _DSC4298, EUCERIN_maske_080320190765, EUCERIN_maske_080320190814, EUCERIN_maske_080320190834, EUCERIN_maske_080320190889, EUCERIN_maske_080320190910, EUCERIN_maske_080320190931, EUCERIN_maske_080320190981, EUCERIN_maske_080320191033, EUCERIN_maske_080320191078, EUCERIN_maske_080320191097, EUCERIN_maske_080320191137, EUCERIN_maske_080320191144, EUCERIN_maske_080320191176, EUCERIN_maske_080320191189, EUCERIN_maske_080320191199, EUCERIN_maske_080320191229, EUCERIN_maske_080320191249, EUCERIN_maske_080320191324, EUCERIN_maske_080320191370, EUCERIN_maske_080320191417, EUCERIN_maske_080320190886_1, EUCERIN_maske_080320190840_1 |
| | **Published:** | March 2019 |
| • | **Individual Photographs:** | IndiaMollyLondon2732, IndiaMollyLondon2753, IndiaMollyLondon2689, IndiaMollyLondon2797, IndiaMollyLondon2636, IndiaMollyLondon2651, IndiaMollyLondon2714 |
| | **Published:** | May 2019 |
| • | **Individual Photographs:** | _DSC5015, _DSC4999, _DSC0719, _DSC0558, _DSC0518, _DSC0355, |

```
                              _DSC0470, _DSC3485, _DSC2861
                  Published:  August 2019
```

## Completion/Publication

```
         Year of Completion:  2019
 Earliest Publication Date in Group:  January 29, 2019
  Latest Publication Date in Group:  August 17, 2019
      Nation of First Publication:  Germany
```

## Author

```
                     Author:  Marie Barsch
             Author Created:  photographs
          Work made for hire:  No
                  Citizen of:  Germany
                Domiciled in:  Germany
```

## Copyright Claimant

```
          Copyright Claimant:  Marie Barsch
                               Zweinaundorfer strabe 57, Leipzig, Germany 04318, Germany
```

## Rights and Permissions

```
          Organization Name:  LK Creative Consulting
                       Name:  Lauren Kelly
                      Email:  united states
                  Telephone:  (617)894-5082
                    Address:  305 east 24th st
                               New York, NY 10010 United States
```

## Certification

```
                       Name:  Joe G. Naylor
                       Date:  September 14, 2020
  Applicant's Tracking Number:  USCO-06822
```

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph



included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.