# EXHIBIT 3

www.instragram.com/p/CKhSZLUIXfZ

