# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARIE BARSCH, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
| ONDA BEAUTY, INC., | : 1:22-cv-03492-RA |
| Defendant. | : |

## JOINT NOTICE OF ACCEPTANCE OF SERVICE

Plaintiff MARIE BARSCH ("Barsch") and Defendant ONDA BEAUTY INC. ("Onda"), have conferred on the subject of proper service in this case. Accordingly, Onda agrees to accept service of the Complaint in this case filed by Barsch on April 29, 2022, and to file a response to the Complaint on or before August 15, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ David C. Deal* | */s/ Oksana Wright* |
| David C. Deal | Oksana Wright |
| The Law Office of David C. Deal, P.L.C | VP, Senior Litigation/Investigations and |
| P.O. Box 625 |    Compliance Counsel |
| Charlottesville, VA 22932 | 5885 Hollis Street, Suite 100 |
| Tele.: 434-233-2727 | Emeryville, CA 94608 |
| david@daviddeal.com | Tele.: 415-471-7142 |
| *Counsel for Plaintiff* | wright@amyris.com |
| | *On behalf of Defendant*, Onda Beauty Inc. |