UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARIE BARSCH, | : | |
| Plaintiff, | : | |
| -against- | : | Case No. 1:22-cv-03492-RA |
| ONDA BEAUTY, INC., | : | **DEFENDANT ONDA BEAUTY, INC.'S RULE 26(A) INITIAL DISCLOSURES** |
| Defendant. | : | |

# DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Onda Beauty, Inc. ("Defendant" or "Onda Beauty") makes the following initial disclosures.

Defendant makes these initial disclosures based on the information presently available to it. Defendant's investigation of this matter is ongoing, and it reserves the right to supplement these disclosures as appropriate. Defendant further reserves the right to rely on additional witnesses and documents it discovers through its continuing investigation and discovery, as well as the right to rely on witnesses and documents that are identified in any other party's disclosures. In addition, Defendant makes these disclosures subject to and without waiving the attorney-client privilege, the work product doctrine, or any other applicable privileges or protections that may apply to such information. Defendant expressly reserves the right to object to discovery procedures involving or relating to the persons, documents, or other information identified in these disclosures.

## I. WITNESSES

Defendant is presently aware of the following individuals likely to have discoverable information that Defendant may use to support its claims or defenses:

| Name | Subject of Information | Contact Information |
|---|---|---|
| Onda Beauty, and its officers, directors, employees, and agents | Onda Beauty is the Defendant in this action. However, Onda Beauty was acquired earlier this year by Amyris, Inc. ("Amyris"). Amyris is informed and believes that there are not any Onda Beauty representatives at Amyris who were at Onda Beauty when the post at issue was made. Amyris was not involved in the conduct underlying the alleged infringement and is informed and believes that the allegedly infringing social media | Onda Beauty may be contacted through its counsel of record. |

| | | |
|---|---|---|
| | post was removed by Onda Beauty before Amyris acquired Onda Beauty. Nonetheless, Amyris likely has discoverable information about its acquisition of Onda Beauty, whether the allegedly infringing content at issue was posted at the time of the acquisition, the company's social media procedures, and other subjects relevant to this dispute. | |
| Sarah Bryden-Brown | Onda Beauty is informed and believes that Ms. Bryden-Brown was the CEO of Onda Beauty at the time the allegedly infringing post was made. As such, Onda Beauty is informed and believes that Ms. Bryden-Brown might have discoverable information relevant to this dispute. | Onda Beauty is informed and believes that it does not have Ms. Bryden-Brown's contact information. |
| Marie Barsch | Marie Barsch is the Plaintiff in this action. She and/or her representatives likely have discoverable information about the licensing history of images she has photographed, the allegedly infringed image, the allegedly infringing post, and other subjects relevant to this dispute. | Onda Beauty understands that Ms. Barsch can be contacted through her counsel of record. |

## II. <u>DOCUMENTS</u>

The following is a description by category of documents (defined to include electronically stored information) that Defendant presently has in its possession, custody or control and may use to support its claims or defenses. The below list does not include documents that Plaintiff or third parties may have in their possession, custody or control of which Defendant is currently unaware:

1. Documents, including communications, concerning Amyris' acquisition of Onda Beauty.

2. Documents, including communications, concerning whether the allegedly infringing content at issue was posted at the time Amyris acquired Onda Beauty.

3. Documents, including communications, concerning social media procedures implemented by Onda Beauty and/or Amyris with respect to the use of photographs.

4. Documents, including communications, that Onda Beauty received from Plaintiff's counsel concerning the allegedly infringing post.

5. Documents, including communications, concerning other subjects relevant to this dispute.

## III. DAMAGES

Defendant is not seeking to recover damages from Plaintiff.

## IV. INSURANCE

Defendant will make available for inspection and copying any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: September 23, 2022

Respectfully submitted,

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By:/s/ Aaron J. Moss

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
Aaron J. Moss (AMoss@ggfirm.com)
Steven A. Stein (SStein@ggfirm.com)
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 553-3610 Telephone
(310) 553-0687 Facsimile